1  Florencio Maning, CDC No. V-05847
   Chuckawalla Valley State Prison
2  P.O. Box 2349, B5-117Up
   Blythe, CA  92226
3
4  Plaintiff In Pro Se

**FILED**

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5

6

7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9
   FLORENCIO MANING,                    )
10                                       )
                                         )
11                        Plaintiff,     )    CASE NO. _____
                                         )
12        vs.                            )    **PRISONER'S**
                                         )    **APPLICATION TO PROCEED**
13  C/O V. McCARTHY, et al.,             )    **IN FORMA PAUPERIS**
                                         )
14                        Defendant.     )         **JSW**
   _____        )
15

16        I, FLORENCIO MANING _____, declare, under penalty of perjury that I am the **(PR)**

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct.  I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security.  I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22        In support of this application, I provide the following information:

23  1.     Are you presently employed?  Yes XX  No ____

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: NO PAY NUMBER _____  Net: NO PAY NUMBER _____

27  Employer: CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION

28  A.M. Scullery Worker, Chuckawalla Valley State Prison, Blythe

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   N/A Have been incarcerated over five years.

5   _____

6   _____

7   2.    Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.    Business, Profession or            Yes ___ No **X**

10           self employment

11      b.    Income from stocks, bonds,          Yes ___ No **X**

12           or royalties?

13      c.    Rent payments?                      Yes ___ No **X**

14      d.    Pensions, annuities, or             Yes ___ No **X**

15           life insurance payments?

16      e.    Federal or State welfare payments,  Yes ___ No **X**

17           Social Security or other govern-

18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                        Yes ___ No **X**

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1     b.     List the persons other than your spouse who are dependent upon you for

2            support and indicate how much you contribute toward their support. (NOTE:

3            For minor children, list only their initials and ages. DO NOT INCLUDE

4            THEIR NAMES.).

5     None _____

6     _____

7     5.    Do you own or are you buying a home?         Yes ____ No  X

8     Estimated Market Value: $_____ Amount of Mortgage: $_____

9     6.    Do you own an automobile?                    Yes ____ No  X

10    Make _____ Year _____ Model _____

11    Is it financed? Yes _____ No _____ If so, Total due: $ _____

12    Monthly Payment: $ _____

13    7.    Do you have a bank account? Yes _____ No  X  (Do not include account numbers.)

14    Name(s) and address(es) of bank: _____

15    _____

16    Present balance(s):  $ N/A _____

17    Do you own any cash?  Yes ____ No  X  Amount:  $ _____

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.)   Yes ____ No  X

20    _____

21    8.    What are your monthly expenses?

22    Rent: $  Indigent State Prison Utilities:  Inmate

23    Food: $  N/A _____ Clothing:  N/A

24    Charge Accounts:  None

25    | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| None | $ | $ |
| None | $ | $ |
| None | $ | $ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do not include account numbers.)

3  CVSP Law Library for legal copies about $ 20.00

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ___ No _X_

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  N/A

10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13     I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15 *March 12, 2008*

16

17     DATE                          SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

```
EPORT ID: TS3030  .701                          REPORT DATE: 03/12/08
                                                 PAGE NO.        1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CHUCKAWALLA VALLEY PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 12, 2008

ACCOUNT NUMBER   005847                 BED/CELL NUMBER: B500000000001Y70
ACCOUNT NAME   : MARTIN, FLORENCIO CRUZ GT   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY

        TRAN
DATE   CODE  DESCRIPTION    JOURNAL   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE


09/01/2007  BEGINNING BALANCE                                              0.00

10/31 FR01 CANTEEN RETUR 1422                           0.02-             0.02
  ACTIVITY FOR 2008
01/02 W516 LEGAL COPY CH 2007/11-30                     0.02              0.00


                        CURRENT HOLDS IN EFFECT
    DATE    HOLD
   PLACED   CODE          DESCRIPTION             COMMENT    HOLD AMOUNT


02/20/2008  H101  LEGAL POSTAGE HOLD             2679/1-15         1.40
02/20/2008  H116  LEGAL COPIES HOLD              2642/2-15         5.90
02/20/2008  H118  LEGAL COPIES HOLD              2647/2-16        11.50
02/27/2008  H118  LEGAL COPIES HOLD              2736/2-21         1.60
03/03/2008  H118  LEGAL COPIES HOLD              2766/2-29        11.60
03/03/2008  H118  LEGAL COPIES HOLD              2766/3-3          2.40
03/10/2008  H118  LEGAL COPIES HOLD              2836/3-10         2.00

                        TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL     TOTAL     CURRENT      HOLDS     TRANSACTIONS
 BALANCE    DEPOSITS  WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED


   0.00       0.00      0.00        0.00       36.78        0.00



                                          CURRENT
                                         AVAILABLE
                                          BALANCE

                                           36.78-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-11-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number _____

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If **(PR)** the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ___✓___ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    _____ Your In Forma Pauperis Application was not completed in its entirety.

    _____ You did not sign your In Forma Pauperis Application.

    _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
                    Deputy Clerk

1 | Florencio Maning,, CDC No. V-05847
Chuckawalla Valley State Prison
2 | P.O. Box 2349, B5-117Up      Case Number: C 08 0631 JSW/PR
Blythe,  CA  92226
3

4 | Plaintiff In Pro Se

5

6

7

8 | **CERTIFICATE OF FUNDS**

9 | **IN**

10 | **PRISONER'S ACCOUNT**

11

12 |      I certify that attached hereto is a true and correct copy of the prisoner's trust account

13 | statement showing transactions of <u>FLORENCIO MANING</u>        for the last six months

14 | Chuckawalla Valley State Prison where (s)he is confined.

      [prisoner name]

      [name of institution]

15 |      I further certify that the average deposits each month to this prisoner's account for the

16 | most recent 6-month period were $ _____Ø_____ and the average balance in the prisoner's

17 | account each month for the most recent 6-month period was $ __Ø__.

18

19 | Dated: 3-12-08                      _____
                                      [Authorized officer of the institution]

20

21

22

23

24

25

26

27

28

- 5 -