1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT
6           FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   F.C. MANING,                          )   No. C 08-0631 JSW (PR)
                                          )
9              Plaintiff,                 )
                                          )   **ORDER OF TRANSFER**
10  vs.                                   )
                                          )
11  V. McCARTHY, et al,                   )
                                          )   (Docket No. 3)
12             Defendants.                )
    _____)
13
14         Plaintiff, currently incarcerated at Chuckawalla Valley State Prison ("CVSP") in
15  Blythe, California, has filed this civil rights action challenging the actions of prison
16  officials at that prison.  Blythe is located in Riverside County, which lies within the
17  venue of the United States District Court for the Central District of California.  *See* 28
18  U.S.C. § 84.
19         When jurisdiction is not founded solely on diversity, venue is proper in the
20  district in which (1) any defendant resides, if all of the defendants reside in the same
21  state, (2) the district in which a substantial part of the events or omissions giving rise to
22  the claim occurred, or a substantial part of property that is the subject of the action is
23  situated, or (3) a judicial district in which any defendant may be found, if there is no
24  district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a
25  case is filed in the wrong venue, the district court has the discretion either to dismiss the
26  case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. §
27  1406(a).  Venue may be raised by the court sua sponte where the defendant has not yet
28  filed a responsive pleading and the time for doing so has not run.  *Costlow v. Weeks,* 790
    F.2d 1486, 1488 (9th Cir. 1986).

Plaintiff's complaint is against CVSP officials for their alleged actions at CVSP. As CVSP is within the venue of the Central District of California, therefore, the Court will transfer this action to the United States District Court for the Central District of California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Central District of California. In light of the transfer, the Court will not resolve Petitioner's pending application for leave to proceed *in forma pauperis* (docket no. 3). The Clerk of the Court shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: May 6, 2008

JEFFREY S. WHITE
United States District Judge

2

1

2

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8

9

10

| | |
|---|---|
| FLORENCIO MANING, | Case Number: CV08-00631 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| V. MCCARTHY,  et al, | |
| Defendant. | |

11

12

13

14

15

16

17

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

18

19

20

21

22

F. C. Maning
V05847
Chuckawalla Valley State Prison
P.O. Box 2349
Blythe, CA 92226

Dated: May 6, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

23

24

25

26

27

28