**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

FILED

08 MAY 19 PM 1:51

General Court Number
415.522.2000

Richard W. Wieking
Clerk

May 7, 2008

**USDC-Central District of California**
**312 N. Spring Street**
**Los Angeles, CA 95814**

RE: CV 08-00631 JSW  FLORENCIO MANING-v-Chuckawalla State Prison

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        ☒    Certified copy of docket entries.

        ☒    Certified copy of Transferral Order.

        ☒    Original case file documents.

        ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

            **HILARY JACKSON**

        by: Hilary D. Jackson
        Case Systems Administrator

Enclosures
Copies to counsel of record

CV08-3258          (AN)